# ZEMAN & WOMBLE, LLP

KEN WOMBLE　　　　　　　　　　　　　　　　　　　　　　　　　　　　P  (718) 514 - 9100
20 VESEY STREET, RM 400　　　　　　　　　　　　　　　　　　　　　　F  (917) 210 - 3700
NEW YORK, NY 10007　　　　　　　　　　　　　　　　　　　WOMBLE@ZEMANWOMBLELAW.COM

　　　　　　　　　　　　　　　WWW.ZEMANWOMBLELAW.COM

October 30, 2023

**VIA ECF & E-MAIL**
Hon. Jesse M. Furman　　　　　　　　　　　　　　　　**Application for**
United States District Judge　　　　　　　　　　　　　**Interim Counsel Payments**
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　Re:　 *United States v. Terrell*
　　　　　　　22 Cr. 343 (JMF)

Dear Judge Furman:

　　　I represent Antwan Mosley in the above-referenced matter and submit this letter-application for approval of interim attorney vouchers under the Criminal Justice Act.

　　　Since my appointment, I have spent a substantial number of hours reviewing the voluminous discovery, visiting my client at MDC Brooklyn and conferring with the government and codefendant counsel. This case and the complexities have demanded substantial attention. The prospect of a shutdown of the federal government necessitate the need for approval of interim vouchers to reduce the possibility that counsel will endure financial hardship.

　　　In light of the foregoing, I respectfully request that this Court approve my request for interim payments in this case pursuant to Guide to Judiciary Policy, Vol. 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 2: Appointment and Payment of Counsel, § 230.73.

　　　Thank you for your consideration of this request.

Application GRANTED. The Clerk of Court
is directed to terminate Doc. #110.

SO ORDERED.　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Ken Womble*

　　　October 30, 2023　　　　　　　　　　　　　　　Ken Womble
　　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Antwan Mosley