UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA,          :

          -v-                             :         22-CR-343-10 (JMF)

ANTWAN MOSLEY,                    :            REVISED
                                              :         SCHEDULING ORDER
                      Defendant.         :

-----------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

       IT IS HEREBY ORDERED that the proceeding previously scheduled for today is RESCHEDULED for **January 4, 2024**, at **4:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       SO ORDERED.

Dated: December 20, 2023
       New York, New York

                                                     JESSE M. FURMAN
                                                United States District Judge